UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,         CR 11-111 MJD/FLN

    Plaintiff,

v.         O R D E R

01 - Rosalba Velazquez-Ramos,
02 - Marlon Cristobal Ramos-Ortiz,

    Defendants.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated April 29, 2011, 2011, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Defendant Velazquez-Ramos' motion to suppress evidence [#85] is DENIED;

2. Defendant Ramos-Ortiz's motion for suppression of statements by defendant [#52] is DENIED as moot.

DATED: June 23, 2011.        <u>s/Michael J. Davis</u>
at Minneapolis, Minnesota      CHIEF JUDGE MICHAEL J. DAVIS
                                     United States District Court